**No. 10-7256. Kwadjo A. Durity, Petitioner v. United States.**

562 U.S. 1077, 131 S. Ct. 680, 178 L. Ed. 2d 505, 2010 U.S. LEXIS 9211.

November 29, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 998 A.2d 866.